**FILED**

MAR 0 6 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | **3:24 CR 81** |
| Plaintiff, | ) | JUDGE CARR |
| | ) | |
| v. | ) | CASE NO. MAG. JUDGE CLAY |
| | ) | Title 18, United States Code, |
| JOSIAH SHETZER, | ) | Sections 922(a)(1)(A), 922(g)(3), |
| | ) | 923(a), 924(a)(1)(D), 924(a)(8), |
| Defendant. | ) | and 2 |
| | ) | |

COUNT 1
(Dealing in Firearms without a License, 18 U.S.C. §§ 922(a)(1)(A), 923(a), 924(a)(1)(D), and 2)

The Grand Jury charges:

1.     From on or about March 1, 2023, to on or about November 22, 2023, in the

Northern District of Ohio, Western Division, Defendant JOSIAH SHETZER, not being a

licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did

willfully engage in the business of dealing in firearms, in violation of Title 18, United States

Code, Sections 922(a)(1)(A), 923(a), 924(a)(1)(D), and 2.

COUNT 2
(Possession of a Firearm by an Addict or Unlawful User of a Controlled Substance, 18 U.S.C. §§
922(g)(3) and 924(a)(8))

The Grand Jury further charges:

2.     On or about November 22, 2023, in the Northern District of Ohio, Western

Division, Defendant JOSIAH SHETZER, knowing he was addicted to, or an unlawful user of, a

ORIGINAL

controlled substance, that being, marijuana, knowingly possessed in and affecting interstate

commerce firearms, to wit: Radical Firearms, model RF-15, multicaliber, bearing serial number

2-026248, Taurus, model G3C, bearing serial number ACE911925, Westernfield, model M175B,

20 gauge shotgun, bearing serial number 401927, Mini Draco, 7.62x39mm, bearing serial

number ROA 21 PF-7363, said firearms having been shipped and transported in interstate

commerce, in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

<u>FORFEITURE</u>

The Grand Jury further charges:

3.      The allegations of Counts 1 and 2 are hereby realleged and incorporated herein by

reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section

924(d)(1), and Title 28, United States Code, Section 2461(c).  As a result of the foregoing

offenses, Defendant JOSIAH SHETZER shall forfeit to the United States any and all firearms

and ammunition involved in or used in the commission of the violations charged in Counts 1 and

2.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government

Act of 2002.